tition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *S. Burnell Bragg* and *Jas. G. Martin* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 1050. CONNORS, TRUSTEE IN BANKRUPTCY, *v.* TOWN OF AGAWAM. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *David J. Cohen* and *Edward J. Flavin* for petitioner. *Donald M. Macaulay* for respondent.

No. 1052. ALEXANDER *v.* ALEXANDER. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Arthur Miller* for petitioner. *Paul S. Kelly* for respondent.

No. 1072. SWALLEY *v.* ADDRESSOGRAPH-MULTIGRAPH CORP. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *A. Berkowitz* for petitioner. *Philip M. Aitken* for respondent.

No. 971. LOTTO ET AL. *v.* UNITED STATES. See *ante*, p. 811.

No. 1090. GAVALIS *v.* ILLINOIS. March 31, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.